UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20932-CR-ALTMAN

UNITED STATES OF AMERICA

vs.

RUBEN DARIO ZUNIGA PENA, and
WILSON JORDAN CARMONA,

      Defendants.

_____/

## GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

The United States respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 35 and 18 U.S.C. § 3553(e) to reduce the sentences of Ruben Dario Zuniga Pena and Wilson Jordan Carmona to reflect their substantial assistance in the investigation and prosecution of another person.  In support of this motion, the government states as follows:

1.      On June 13, 2019, defendant Carmona guilty to Counts 1 through 3 of the Indictment, which charged him with conspiracy to kill a person assisting an officer or employee of the United States, in violation of Title 18, United States Code, Section 1114(1); conspiracy to unlawfully import 300 kilos into the US, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963; and causing the intentional killing of an individual while engaging in a Title 21 Offense;  in violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2.

2.      On September 26, 2019, the Court sentenced Carmona to 540 months' imprisonment.

3.      On April 22, 2022, defendant Zuniga-Pena pled guilty to Count 2 of the Indictment, which charged him with conspiracy to unlawfully import 300 kilos into the US, in

violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

4.     On June 16, 2022, the Court sentenced Zuniga Pena to 480 months' imprisonment.

5.     Since their arrests, the defendants have assisted the United States in the investigation and/or prosecution of another.

6.     At the Court's request, the United States will elaborate on the nature of the defendants' assistance at a hearing.

7.     Christian Dunham, defense counsel for Wilson Jordan Carmona, agrees with the filing of this motion.  He will inform the Court on his client's position as to the amount sought for the sentence reduction.  At the hearing, the government will seek a twenty (20) percent reduction in his sentence for an adjusted sentence of 432 months' incarceration.

8.     Israel Encinosa, defense counsel for Ruben Dario Zuniga Pena, agrees with the filing of this motion.  He will inform the Court on his client's position as to the amount sought for the sentence reduction.  At the hearing, the government will seek a fifteen (15) percent reduction in his sentence for an adjusted sentence of 408 months' incarceration.

9.     WHEREFORE, the government respectfully moves this Court for a reduction in the defendants Wilson Jordan Carmona's and Ruben Dario Zuniga Pena's sentences and requests that a hearing be set on the matter.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:     s/Robert J. Emery
ROBERT J. EMERY
Assistant United States Attorney
Court ID No. A5501892

JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9421
Facsimile: 305-536-4699
Email: Robert.Emery2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 28th day of February 2025, I filed the foregoing via

CM/ECF, and therefore, on counsel of record.


*s/Robert J. Emery*
ROBERT J. EMERY
Assistant United States Attorney

3