UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20932-CR-ALTMAN

UNITED STATES OF AMERICA ,

    Plaintiff,

vs.

RUBEN DARIO ZUNIGA PENA,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

    Comes now the Defendant, Ruben Dario Zuniga Pena, by and through the undersigned attorney and hereby files this response to the Government's motion for sentence reduction [DE:105]. The Defendant agrees that he has provided substantial assistance to the Government and is worthy of a reduction in sentence for his cooperation. The Defendant intends to discuss the details of his cooperation at the hearing scheduled for March 14, 2025 [DE:106]. The Defendant files this response to notify the Court in advance that he will seek more than a 15% reduction off his original sentence of 480 months under the § 3553(a) sentencing factors. The Defendant through his undersigned attorney will present evidence and arguments during the March 14, 2025 hearing regarding the substantial assistance that he has provided to the Government. During said hearing, the Defendant will

1

also ask the Court to consider under the factors of 3553(a) that the Defendant has been a model prisoner since the time of his arrest.

Co-Defendant Carmona has incorrectly suggested in his response that he surrendered to the Government in Colombia and waived extradition and that Zuniga-Pena did not do the same and had to be extradited to the United States. It should be noted that Zuniga-Pena also agreed to be brought to the United States as did Mr. Carmona. However, while at the airport waiting to board his flight to the United States, Colombia authorities detained Mr. Zuniga-Pena on an unrelated matter. As a result he was later extradited by the United States.

In conclusion, the Defendant believes he should receive substantial more than a 15% reduction to his sentence.

                                      Respectfully submitted,

                                      **Encinosa Law, P.A**.
                                      Israel Jose Encinosa, Esq.
                                      8950 SW 74th Court, Suite 2201
                                      Miami, Florida 33156-3181
                                      Tel. (305) 804-6976
                                      Fax. (305) 203-4707
                                      E-mail: encinosalaw@reagan.com

                                By: /s/ *Israel J. Encinosa*          ,
                                        Israel Jose Encinosa, Esq.
                                        FBN 435007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically upon all counsel of record via CM/ECF on this <u>6th</u> day of <u>March, 2025</u>.

By: <u>/s/ *Israel J. Encinosa*</u>,
Israel Jose Encinosa, Esq.
