UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20932-CR-ALTMAN

UNITED STATES OF AMERICA ,

    Plaintiff,

vs.

RUBEN DARIO ZUNIGA PENA,

    Defendant.
_____/

## **DEFENDANT ZUNIGA PENA'S NOTICE OF FILING DOCUMENTS**

    Comes now the Defendant, Ruben Dario Zuniga Pena, by and through the undersigned attorney and hereby files his Certificate of Completion of courses that the Defendant has taken while in prison and evaluation sheets from the BOP.

    Respectfully submitted,

    **Encinosa Law, P.A**.
    Israel Jose Encinosa, Esq.
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156-3181
    Tel. (305) 804-6976
    Fax. (305) 203-4707
    E-mail: encinosalaw@reagan.com

    By: /s/ *Israel J. Encinosa*           ,
        Israel Jose Encinosa, Esq.
        FBN 435007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically upon all counsel of record via CM/ECF on this 14th day of March, 2025.

By: /s/ *Israel J. Encinosa*,
Israel Jose Encinosa, Esq.



# Achievement

Presented to

Ruben Dario Zuniga Pena  Reg#46592-509

For successfully completing the

Drug Abuse Education Course

The Drug Abuse Education Course is a minimum of 12 hours.  The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol/drug use and consider the need for treatment.

__Mr. Clark_____          10/17/2022

Drug Abuse Treatment Specialist                             Date

USP I Coleman, FL



# Certificate of Completion

Ruben Zuniga Pena

for successfully completing the Adult Continuing Education (ACE) Course – Counseling on Individual Community Reentry Concerns

8 Hours

on January 30, 2024

S. Dickinson, MSW
Facilitator
FCC Coleman USP 1
Education Department

# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ZUNIGA PENA, RUBEN DARIO 46592-509

SEQUENCE: 02245312
Team Date: 07-24-2024

| | |
|---|---|
| Facility: | COP COLEMAN I USP |
| Name: | ZUNIGA PENA, RUBEN DARIO |
| Register No.: | 46592-509 |
| Age: | 51 |
| Date of Birth: | 09-21-1972 |

| | |
|---|---|
| Proj. Rel. Date: | 02-24-2053 |
| Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| DNA Status: | MIM24661 / 06-02-2021 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | POSSIBLE DEPORTATION TO COLOMBIA. |

### Inmate Photo ID Status
Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COP | AM KITCHEN | AM SHIFT KITCHEN | 09-09-2022 |
| COP | REC SPEC | RECREATION SPEC DETAIL | 08-04-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COP | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 08-06-2022 |
| COP | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-21-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COP | | JOB PLACEMENT ACE CLASS | 06-01-2024 | CURRENT |
| COP | C | ANGER MANAGEMENT ACE CLASS | 04-05-2024 | 05-31-2024 |
| COP | C | GEOGRAPHY ACE CLASS IN SPANISH | 02-29-2024 | 04-04-2024 |
| COP | C | MONEY MANAGEMENT ACE CLASS | 01-30-2024 | 03-12-2024 |
| COP | C | INDIVIDUAL COMMUNITY ACE CLASS | 01-05-2024 | 01-30-2024 |
| COP | C | GEOGRAPHY ACE CLASS IN SPANISH | 12-18-2023 | 01-23-2024 |
| COP | C | TAXES ACE CLASS IN SPANISH | 11-13-2023 | 12-04-2023 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-24-2021 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-18-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 07-26-2022 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 07-16-2024 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-07-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-07-2021 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 10-17-2022 |

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 06-14-2023 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | | $0.00 | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|



# Certificate of Completion

## Ruben Zuniga Pena

for successfully completing the Adult Continuing Education (ACE)
Self-Study Course – Job Placement Assistance
9 Hours
October 3, 2024

S. Dickinson, MSW
Facilitator
FCC Coleman USP 1
Education Department

# ACE Program

This Certificate Recognizes that

## Zuniga Ruben

#46592-509

Has successfully completed the coursework required to pass the
FCC Coleman ACE Course –Span Geo Honduras

4 Hours

Completion Date: 03-25-2023

_R.Negron_
R.Negron, ACE Spanish

Individualized Needs Plan - Program Review   (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Team Date: 07-24-2024

Plan is for inmate: ZUNIGA PENA, RUBEN DARIO 46592-509

## Most Recent Payment Plan

| No. | Type  | Amount   | Balance | Payable   | Status     |
|-----|-------|----------|---------|-----------|------------|
| 1   | ASSMT | $100.00  | $0.00   | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $2,036.00      Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 08-05-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-05-2023 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 02-16-2024 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 02-16-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 02-16-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-09-2022 |
| N-EDUC Y | NEED - EDUCATION YES | 02-16-2024 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 02-16-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-16-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-16-2024 |
| N-MEDICL N | NEED - MEDICAL NO | 02-16-2024 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 02-16-2024 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-16-2024 |
| N-TRAUMA N | NEED - TRAUMA NO | 02-16-2024 |
| N-WORK Y | NEED - WORK YES | 02-16-2024 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | |

## Progress since last review

Inmate Zuniga Pena has completed the Anger Management ACE class, Geography ACE class in Spanish, and Money Management ACE class since last review. He has maintained the work detail assignment of AM Shift Kitchen.

## Next Program Review Goals

Unit Team recommends inmate Zuniga Pena to continue his progress in the classes that he is currently enrolled. He is further recommended to enroll in and complete at least 1 Psychology class offered by next review.

## Long Term Goals

Unit Team recommends inmate Zuniga Pena to complete at least 2 Recreation or psychology programs by 12/2025.

## RRC/HC Placement

No.
Management decision - not within 17 to 19 months of PRD..
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

Inmate Zuniga Pena will be reviewed for RRC placement using the Second Chance Act five factor review 17-19 months prior to release.
Pts: +7
FTC: Eligible
Risk Score: Minimum



# ACE Program

This Certificate Recognizes that

## Suniga

#46592-509

Has successfully completed the coursework required to pass the
FCC Coleman Pen 1 ACE Course – Span Taxes

4 Hours

Completion Date: 011/20/2023

_R. Negron_
R. Negron

# ACE Program

This Certificate Recognizes that

## Zuniga Ruben

#46592-509

Has successfully completed the coursework required to pass the
FCC Coleman ACE Course –Span Geo Argentina

4 Hours

Completion Date: 01-25-2023

_R.Negron_
R.Negron, ACE Spanish

# Certificate of Completion

awarded to:

46592-509

## Ruben Zuniga Pena

for completing all the requirements of the Anger Management Program through Psychology

*FCC Coleman - U.S.P. I, Florida*

Given the 1st day of September, 2024.

_____
S. Irizarry
Advance Care Level Treatment Specialist
Psychology Services

