UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20932-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,
v.

RUBEN DARIO ZUNIGA PENA,

    Defendant,
_____/

**MOTION FOR RE-APPOINTMENT *NUNC PRO TUNC* AS CJA COUNSEL**

    COMES NOW Israel Jose Encinosa, the prior CJA counsel for the Defendant, RUBEN DARIO ZUNIGA PENA, and requests this Honorable Court to re-appoint him *nunc pro tunc* as of February 18, 2025, as CJA counsel for all further proceedings, including the re-sentencing of Mr. Zuniga Pena, and states as follows:

1. Undersigned counsel was initially appointed pursuant to the CJA Act to represent Mr. Zuniga Pena on May 25, 2021, [DE:56] and did so, through all proceedings until the Defendant was sentenced on September 16, 2022. [DE:98]

2. Said appointment ended when the Defendant was sentenced.

3. The Rule 35, re-sentencing hearing was held on March 14, 2025. However, on or about February 18, 2025 the undersigned was contacted by A.U.S.A., Robert J. Emery and the undersigned began working on this matter.

WHEREFORE FOR good cause shown the undersigned attorney requests that he be re-appointed *nunc pro tunc* as of February 18, 2025 as CJA counsel for Defendant, Ruben Dario Zuniga Pena for all further proceedings in this case.

        Respectfully submitted,

**Encinosa Law, P.A**.
Israel Jose Encinosa, Esq.
8950 SW 74th Court, Suite 2201
Miami, Florida 33156-3181
Tel. (305) 804-6976
Fax. (305) 203-4707
E-mail: encinosaalaw@reagan.com

By: /s/ Israel J. Encinosa,
    Israel Jose Encinosa, Esq.
    FBN 435007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was electronically filed with the Clerk of Court using CM/ECF and same was delivered to all parties in this case in the same manner, on this 21st day of March, 2025.

By: Israel J. Encinosa,
    Israel Jose Encinosa, Esq.