UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-20932-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN DARIO ZUNIGA PENA,

    Defendant,
_____/

## ORDER GRANTING MOTION FOR RE-APPOINTMENT *NUNC PRO TUNC* AS CJA COUNSEL

THIS CAUSE came before the Court on the Motion for Re-Appointment *Nunc Pro Tunc* as CJA Counsel **[ECF No. 113]**, and the Court, being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Re-Appointment *Nunc Pro Tunc* as CJA Counsel **[ECF No. 113]** is **GRANTED**. Israel Jose Encinosa, Esq. shall be placed back on this case as defendant, Ruben Dario Zuniga Pena's CJA counsel *nunc pro tunc as* of February 18, 2025.

DONE AND ORDERED at Chambers in Miami, Florida this ____ day of March, 2025.

                                                        _____
                                                        ROY K. ALTMAN,
                                                        UNITED STATES DISTRICT JUDGE

cc: Israel Jose Encinosa